AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lanzillo, Richard A. | U.S. District Court, Western District of Pennsylvania | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
17 South Park Row
Erie, PA 16501

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Millcreek Township School District |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. PNC BANK (cash) | A | Interest | K | T | | | | | |
| 3. CAPITAL ONE (cash) | B | Interest | | | Closed | 04/30/20 | M | | |
| 4. Account #1 (H) | | | | | | | | | |
| 5. AB LIMITED DURATION HIGH INCOME PORT- ADVISOR CLASS (ALHYX) | B | Dividend | L | T | Sold (part) | 04/27/20 | K | | |
| 6. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 7. | | | | | Buy (add'l) | 11/02/20 | K | | |
| 8. AB EMERGING MARKETS MULTI (ABYEX) | A | Dividend | | | Sold | 04/27/20 | K | | |
| 9. AB CAP FD INC CONCENTRATED GROWTH FD ADV CL (WPSGX) | | None | M | T | Buy | 04/27/20 | L | | |
| 10. | | | | | Buy (add'l) | 05/04/20 | K | | |
| 11. | | | | | Buy (add'l) | 11/02/20 | L | | |
| 12. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | D | Dividend | M | T | Sold (part) | 04/27/20 | K | | |
| 13. | | | | | Buy (add'l) | 05/04/20 | K | | |
| 14. | | | | | Buy (add'l) | 11/02/20 | K | | |
| 15. AB SUSTAINABLE GLOBAL THEMATIC FUND CL ADV (ATEYX) | E | Dividend | M | T | Sold (part) | 04/27/20 | J | | |
| 16. | | | | | Buy (add'l) | 05/04/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | Buy (add'l) | 11/02/20 | L | | |
| 18. AB CAP FD INC ALL CHINA EQUITY PORT ADV CL (ACEYX) | A | Dividend | L | T | Buy | 04/27/20 | K | | |
| 19. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 20. | | | | | Buy (add'l) | 05/04/20 | K | | |
| 21. | | | | | Buy (add'l) | 11/02/20 | K | | |
| 22. Account #2 (H) | | | | | | | | | |
| 23. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | A | Dividend | L | T | | | | | |
| 24. Account #3 (H) | | | | | | | | | |
| 25. BERSTEIN CASH BALANCE (cash) (X) | A | Interest | J | T | | | | | |
| 26. BERNSTEIN INTERMED DUR PORT (SNIDX) | C | Dividend | L | T | Sold (part) | 03/10/20 | L | | |
| 27. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 28. | | | | | Sold (part) | 05/01/20 | J | | |
| 29. | | | | | Sold (part) | 11/02/20 | K | | |
| 30. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 31. AB BOND INFLATION STRAT CL 1 (ABNOX) | A | Dividend | | | Sold (part) | 03/10/20 | K | | |
| 32. | | | | | Sold | 04/28/20 | J | | |
| 33. AB GLOBAL BOND FD ADV CL (ANAYX) | C | Dividend | L | T | Sold (part) | 03/10/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 35. | | | | | Sold (part) | 05/01/20 | J | | |
| 36. | | | | | Sold (part) | 11/02/20 | K | | |
| 37. AB DISCOVERY VALUE FUND ADV CL (ABASX) | | None | | | Buy (add'l) | 03/12/20 | J | | |
| 38. | | | | | Sold | 04/28/20 | J | | |
| 39. AB DISCOVERY GROWTH FUND ADV CL (CHCYX) | | None | | | Buy (add'l) | 03/10/20 | J | | |
| 40. | | | | | Sold | 04/28/20 | J | | |
| 41. AB SMALL CAP CORE PORT ADV (SCRYX) | | None | | | Buy (add'l) | 03/10/20 | J | | |
| 42. | | | | | Sold | 04/28/20 | J | | |
| 43. AB EMERGING MARKETS MULTI (ABZEX) | A | Dividend | K | T | Buy | 04/28/20 | K | | |
| 44. | | | | | Sold (part) | 05/01/20 | J | | |
| 45. | | | | | Sold (part) | 11/02/20 | J | | |
| 46. ACTIVISION BLIZZARD INC (ATVI) | | None | J | T | Buy | 08/31/20 | J | | |
| 47. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 48. ADOBE SYSTEMS INC (ADBE) | | None | | | Sold | 04/28/20 | J | | |
| 49. ALIGN TECHNOLOGY INC (ALGN) (X) | | None | | | Sold | 04/28/20 | J | | |
| 50. ALPHABET INC CLASS C (GOOG) | | None | J | T | Buy (add'l) | 03/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. | | | | | Sold<br>(part) | 04/28/20 | J | | |
| 52. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 53. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 54. AMAZON.COM INC (AMZN) | | None | J | T | Buy | 01/08/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 01/21/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 57. | | | | | Sold<br>(part) | 04/28/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 05/27/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 60. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 61. AMDOCS LIMITED (DOX) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 62. AMEREN CORP (AEE) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 63. AMERICAN CAMPUS COMMUNITIES<br>(ACC) (X) | | None | | | Sold | 04/28/20 | J | | |
| 64. AMERICAN ELECTRIC POWER (AEP) | A | Dividend | J | T | Buy<br>(add'l) | 04/28/20 | J | | |
| 65. AMERICOLD REALTY TRUST (COLD)<br>(X) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 66. AMERICAN FINANCIAL GROUP INC<br>(AFG) | | None | | | Buy | 04/28/20 | J | | |
| 67. | | | | | Sold | 06/01/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68.  ANTHEM INC (ANTM) | A | Dividend | J | T | | | | | |
| 69.  APPLE INC (AAPL) | A | Dividend | J | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 70. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 71. | | | | | Sold<br>(part) | 11/20/20 | J | | |
| 72.  AUTOMATIC DATA PROCESSING INC.<br>(ADP) | A | Dividend | J | T | Buy<br>(add'l) | 04/28/20 | J | | |
| 73. | | | | | Sold<br>(part) | 10/21/20 | J | | |
| 74.  AUTOZONE INC (AZO) | | None | J | T | Buy<br>(add'l) | 03/06/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 77.  BANK OF AMERICA (BAC) | A | Dividend | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 78. | | | | | Sold | 04/28/20 | J | | |
| 79.  BERKSHIRE HATHAWAY (BRK.A) | | None | | | Sold | 04/28/20 | J | | |
| 80.  BOOKING HOLDINGS INC (BKNG) | | None | | | Sold | 04/28/20 | J | | |
| 81.  BOOZ ALLEN HAMILTON HOLDING<br>(BAH) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 82.  BRISTOL MYERS SQUIBB CO (BMY) | A | Dividend | J | T | Buy | 05/01/20 | J | | |
| 83.  BRITISH AMERICAN TOBACCO (BTI) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 84.  CBRE GROUP (CBRE) | | None | | | Sold | 04/28/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. C H ROBINSON WORLDWIDE INC (CHRW) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 86. | | | | | Sold (part) | 08/31/20 | J | | |
| 87. CDW CORP (CDW) | A | Dividend | J | T | Sold | 04/28/20 | J | | |
| 88. | | | | | Buy | 06/30/20 | J | | |
| 89. CHECK POINT SOFTWARE (CHKP) | | None | J | T | Buy (add'l) | 05/05/20 | J | | |
| 90. CHEVRON CORP (CVX) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 91. CISCO SYSTEMS (CSCO) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 92. CITIGROUP INC (C) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 93. CITRIX SYSTEMS INC (CTXS) | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 94. CME GROUP INC (CME) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 95. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 96. COCA COLA COMPANY (KO) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 97. COLGATE PALMOLIVE COMPANY (CL) | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 98. COMCAST CORP (CMCSA) | A | Dividend | J | T | Buy (add'l) | 03/10/20 | J | | |
| 99. | | | | | Sold (part) | 04/28/20 | J | | |
| 100. COMPASS GROUP PLC (CMPGY) | | None | | | Buy | 04/28/20 | J | | |
| 101. | | | | | Sold | 05/28/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  COPART INC (CPRT) | | None | J | T | Buy | 04/28/20 | J | | |
| 103. | | | | | Sold (part) | 08/28/20 | J | | |
| 104.  COSTCO WHOLESALE (COST) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 105.  CUBESMART (CUBE) | A | Dividend | J | T | | | | | |
| 106.  DAVITA INC (DVA) (X) | | None | J | T | | | | | |
| 107.  DECKERS OUTDOOR CORPORATION (DECK) | | None | J | T | Buy | 04/28/20 | J | | |
| 108. | | | | | Sold (part) | 06/19/20 | J | | |
| 109.  DOLLAR GENERAL CORP (DG) | A | Dividend | J | T | Buy (add'l) | 05/05/20 | J | | |
| 110. | | | | | Sold (part) | 11/02/20 | J | | |
| 111. | | | | | Sold (part) | 11/20/20 | J | | |
| 112.  DOMINION ENERGY INC (D) | A | Dividend | J | T | Buy | 07/27/20 | J | | |
| 113.  EATON CORPORATION (ETN) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 114.  EDWARDS LIFESCIENCES (EW) | | None | | | Sold | 04/28/20 | J | | |
| 115.  ELECTRONIC ARTS INC (EA) | | None | J | T | Sold | 04/28/20 | J | | |
| 116. | | | | | Buy | 08/11/20 | J | | |
| 117. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 118.  ELI LILLY & CO (LLY) | A | Dividend | J | T | Buy | 04/28/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119.  EOG RES INC (EOG) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 120.  ESSENT GROUP LTD (ESNT) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 121.  EVEREST RE GROUP LTD (RE) | A | Dividend | J | T | Buy<br>(add'l) | 04/28/20 | J | | |
| 122.  FACEBOOK (FB) | | None | J | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 123. | | | | | Sold<br>(part) | 04/28/20 | J | | |
| 124. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 125. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 126.  FIDELITY NATIONAL INFORMATION<br>SERVICES (FIS) | A | Dividend | J | T | Buy<br>(add'l) | 04/28/20 | J | | |
| 127.  GENPACT LIMITED (G) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 128. | | | | | Sold<br>(part) | 05/27/20 | J | | |
| 129.  GILEAD SCIENCES (GILD) | | None | | | Sold | 01/17/20 | J | | |
| 130.  GOLDMAN SACHS GROUP (GS) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 131.  HOME DEPOT (HD) | A | Dividend | J | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 132. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 133.  HONEYWELL INTERNATIONAL (HON) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 134.  INTEL CORP (INTC) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 135.  INTERCONTINENTAL EXCHANGE<br>(ICE) | A | Dividend | J | T | Buy | 04/28/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Buy (add'l) | 04/28/20 | J | | |
| 137. | | | | | Sold (part) | 11/02/20 | J | | |
| 138.  JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 139.  KLA CORPORATION (KLAC) (X) | A | Dividend | J | T | Sold | 04/28/20 | J | | |
| 140. | | | | | Buy | 08/31/20 | J | | |
| 141.  LOCKHEED MARTIN CORP (LMT) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 142. | | | | | Sold (part) | 10/21/20 | J | | |
| 143. | | | | | Sold (part) | 11/02/20 | J | | |
| 144.  L3HARRIS TECHNOLOGIES INC (LHX) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 145. | | | | | Sold (part) | 11/02/20 | J | | |
| 146.  MAGNA INTERNATIONAL (MGA) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 147.  MASCO CORP (MAS) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 148.  MASTERCARD INCORPORATED (MA) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 149.  MCDONALDS CORP (MCD) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 150.  MEDTRONIC PLC (MDT) | A | Dividend | J | T | Buy (add'l) | 03/10/20 | J | | |
| 151. | | | | | Sold (part) | 04/28/20 | J | | |
| 152.  MERCK & CO (MRK) | A | Dividend | J | T | Buy (add'l) | 04/28/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold (part) | 11/02/20 | J | | |
| 154. MICROSOFT CORP (MSFT) | A | Dividend | K | T | Buy (add'l) | 03/10/20 | J | | |
| 155. | | | | | Sold (part) | 05/01/20 | J | | |
| 156. | | | | | Sold (part) | 11/02/20 | J | | |
| 157. MID AMERICA APARTMENT COMMUNITIES (MAA) | A | Dividend | | | Buy (add'l) | 03/10/20 | J | | |
| 158. | | | | | Sold (part) | 04/28/20 | J | | |
| 159. | | | | | Sold | 08/28/20 | J | | |
| 160. MOTOROLA SOLUTIONS INC (MSI) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 161. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 162. NEXTERA ENERGY INC (NEE) | A | Dividend | J | T | Buy (add'l) | 04/28/20 | J | | |
| 163. NICE LTD (NICE) | | None | J | T | Buy | 04/28/20 | J | | |
| 164. NIKE INC (NKE) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 165. NORFOLK SOUTHERN (NSC) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 166. NORTHROP GRUMMAN CORP (NOC) | A | Dividend | | | Buy | 05/27/20 | J | | |
| 167. | | | | | Sold | 10/21/20 | J | | |
| 168. NORTONLIFELOCK INC (NLOK) | A | Dividend | J | T | Buy | 05/27/20 | J | | |
| 169. NUANCE COMMUNICATIONS INC (NUAN) | | None | J | T | Buy | 04/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Sold (part) | 11/02/20 | J | | |
| 171. | | | | | Sold (part) | 11/19/20 | J | | |
| 172. NVIDIA CORP (NVDA) | | None | | | Buy | 03/24/20 | J | | |
| 173. | | | | | Sold | 04/28/20 | J | | |
| 174. NXP SEMICONDUCTORS N V (NXPI) (X) | | None | | | Sold | 04/28/20 | J | | |
| 175. O REILLY AUTOMOTIVE INC (ORLY) | | None | J | T | Buy | 04/28/20 | J | | |
| 176. ORACLE CORP (ORCL) | A | Dividend | J | T | Buy (add'l) | 04/28/20 | J | | |
| 177. | | | | | Sold (part) | 11/02/20 | J | | |
| 178. PAYCHEX INC (PAYX) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 179. PAYPAL HOLDINGS INC COM (PYPL) | | None | | | Sold | 04/28/20 | J | | |
| 180. PEPSICO INC (PEP) | A | Dividend | J | T | Buy (add'l) | 03/10/20 | J | | |
| 181. | | | | | Sold (part) | 04/28/20 | J | | |
| 182. PFIZER INC (PFE) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 183. PHILIP MORRIS INTERNATIONAL (PM) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 184. | | | | | Sold (part) | 11/02/20 | J | | |
| 185. PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | Buy (add'l) | 04/28/20 | J | | |
| 186. | | | | | Sold (part) | 11/02/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. PROGRESSIVE CORP OHIO (PGR) | A | Dividend | J | T | Buy (add'l) | 03/10/20 | J | | |
| 188. RAYTHEON CO (RTN) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 189. REGAL BELOIT CORPORATION (RBC) | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 190. REGENERON PHARMACEUTICALS (REGN) | | None | | | Sold | 04/28/20 | J | | |
| 191. REINSURE GROUP OF AMERICA (RGA) | A | Dividend | | | Sold | 05/27/20 | J | | |
| 192. RELIANCE STEEL & ALUMINUM CO (RS) | | None | J | T | Buy | 11/20/20 | J | | |
| 193. RELX PLC (RELX) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 194. RENAISSANCERE HOLDINGS LTD (RNR) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 195. REPUBLIC SERVICES INC (RSG) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 196. ROCHE HOLDING LTD (RHHBY) | A | Dividend | J | T | Sold (part) | 04/28/20 | J | | |
| 197. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 198. ROSS STORES (ROST) | A | Dividend | | | Sold | 06/19/20 | J | | |
| 199. ROYAL DUTCH SHELL (RDS.B) (X) | A | Dividend | J | T | Sold | 06/19/20 | J | | See Part VIII |
| 200. S&P GLOBAL INC (SPGI) | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 201. SEALED AIR CORP NEW (SEE) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 202. | | | | | Sold (part) | 06/19/20 | J | | |
| 203. SHERWIN WILLIAMS CO (SHW) | | None | J | T | Buy | 11/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 204. SUN COMMUNITIES INC (SUI) | | None | | | Buy | 04/28/20 | J | | |
| 205. | | | | | Sold | 05/27/20 | J | | |
| 206. STARBUCKS CORP (SBUX) | A | Dividend | | | Sold | 03/25/20 | J | | |
| 207. TAIWAN SEMICONDUCTOR MFG CO (TSM) (X) | A | Dividend | J | T | | | | | |
| 208. TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | Sold (part) | 11/02/20 | J | | |
| 209. TJX COMPANIES (TJX) | A | Dividend | | | Sold (part) | 04/28/20 | J | | |
| 210. | | | | | Sold | 11/17/20 | J | | |
| 211. TYSON FOODS INC-CL A (TSN) | A | Dividend | | | Buy | 05/22/20 | J | | |
| 212. | | | | | Sold | 06/09/20 | J | | |
| 213. UNITED HEALTH GROUP INC (UNH) | A | Dividend | J | T | Buy (add'l) | 03/10/20 | J | | |
| 214. | | | | | Sold (part) | 04/28/20 | J | | |
| 215. US BANCORP DEL (USB) | | None | J | T | Buy | 11/20/20 | J | | |
| 216. VERISK ANALYTICS INC (VRSK) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 217. | | | | | Sold (part) | 11/02/20 | J | | |
| 218. | | | | | Sold (part) | 11/20/20 | J | | |
| 219. | | | | | Sold (part) | 12/22/20 | J | | |
| 220. VERIZON COMMUNICATIONS (VZ) | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 221.  VERTEX PHARMACEUTICALS (VRTX) | | None | | | Sold | 04/28/20 | J | | |
| 222.  VISA INC (V) | A | Dividend | J | T | Buy (add'l) | 01/24/20 | J | | |
| 223. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 224. | | | | | Sold (part) | 04/28/20 | J | | |
| 225. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 226.  VMWARE INC CL A (VMW) (X) | | None | | | Sold | 04/28/20 | J | | |
| 227.  WALMART STORES (WMT) | A | Dividend | J | T | Buy (add'l) | 03/10/20 | J | | |
| 228. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 229. | | | | | Sold (part) | 11/02/20 | J | | |
| 230.  WALT DISNEY CO (DIS) | A | Dividend | | | Sold | 02/07/20 | J | | |
| 231.  WELLS FARGO & CO (WFC) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 232.  WESTLAKE CHEMICAL CORP (WLK) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 233.  XILINX INC (XLNX) (X) | | None | | | Sold | 04/28/20 | J | | |
| 234.  ZOETIS (ZTS) | A | Dividend | | | Sold | 04/28/20 | J | | |
| 235.  BERNSTEIN INTERNATIONAL PORTFOLIO (SIMTX) | | None | | | Sold | 04/28/20 | L | | |
| 236.  AB INTL STRAT EQI PORT ADV (STEYX) | | None | | | Buy (add'l) | 03/10/20 | K | | |
| 237. | | | | | Sold | 04/28/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238.  AB INTL SMALL CAP PORT ADV CL (IRCYX) | | None | | | Buy (add'l) | 03/10/20 | J | | |
| 239. | | | | | Sold | 04/28/20 | K | | |
| 240.  BERNSTEIN EMERGING MARKETS PORTFOLIO (SNEMX) | | None | | | Buy (add'l) | 03/10/20 | J | | |
| 241. | | | | | Sold | 04/28/20 | J | | |
| 242.  AB ALL MARKET REAL RETURN PORT CL 1 (AMTAX) | | None | | | Buy (add'l) | 03/10/20 | J | | |
| 243. | | | | | Sold | 04/28/20 | K | | |
| 244.  AB CAP FD INC INTL STRATEGIC CORE PORT ADV (ISRYX) | B | Dividend | M | T | Buy | 04/28/20 | M | | |
| 245. | | | | | Sold (part) | 05/01/20 | K | | |
| 246. | | | | | Sold (part) | 11/02/20 | K | | |
| 247.  OVERLAY A PORTFOLIO CL 1 (SAOOX) | B | Dividend | M | T | Buy (add'l) | 03/10/20 | L | | |
| 248. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 249. | | | | | Sold (part) | 05/01/20 | K | | |
| 250. | | | | | Sold (part) | 11/02/20 | L | | |
| 251. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 252.  OVERLAY B PORTFOLIO CL 1 (SBOOX) | B | Dividend | L | T | Sold (part) | 03/10/20 | L | | |
| 253. | | | | | Sold (part) | 05/01/20 | J | | |
| 254. | | | | | Sold (part) | 11/02/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 256. Account #4 (H) | | | | | | | | | |
| 257. BERNSTEIN CASH BALANCE (cash) (X) | A | Interest | J | T | | | | | |
| 258. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | A | Dividend | L | T | | | | | |
| 259. Account #5 (H) | | | | | | | | | |
| 260. AB MULTIMANAGER ALTERNATIVE FUND (AB15670) | | None | M | T | Buy (add'l) | 01/24/20 | J | | |
| 261. Account #6 (H) | | | | | | | | | |
| 262. AMERICAN FUNDS WASHINGTON MUTUAL INVESTORS (WSHFX) | B | Dividend | K | T | | | | | |
| 263. PRIMECAP ODYSSEY STOCK FUND (POSKX) | B | Dividend | K | T | | | | | |
| 264. LORD ABBETT GROWTH LEADERS F (LGLFX) | C | Dividend | K | T | Buy | 07/24/20 | K | | |
| 265. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 266. PRIMECAP ODYSSEY GROWTH FUND (POGRX) | | None | | | Sold (part) | 07/24/20 | K | | |
| 267. | | | | | Sold | 07/28/20 | J | | |
| 268. GOLDMAN SACHS INTL EQUITY INSIGHTS FD-I (GCIIX) | A | Dividend | K | T | | | | | |
| 269. GOLDMAN SACHS EMERGING MARKETS EQUITY FUND (GEMAX) | A | Dividend | K | T | | | | | |
| 270. PARNASSUS MID CAP FUND I (PFPMX) | A | Dividend | K | T | | | | | |
| 271. PGIM HIGH YIELD FUND Z (PHYZX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 272. JPMORGAN SMALL CAP EQUITY FD (VSEAX) | A | Dividend | K | T | | | | | |
| 273. GUGGENHEIM INVESTMENT GRADE CORE BOND I (GIUSX) | A | Dividend | J | T | | | | | |
| 274. PIMCO INTENRATIONAL BOND FUND I (PFORX) | A | Dividend | J | T | | | | | |
| 275. GOLDMAN SACHS INTL SMALL CAP INSIGHTS (GICAX) | A | Dividend | J | T | | | | | |
| 276. Account #7 (H) | | | | | | | | | |
| 277. BERNSTEIN DIVERSIFIED MUNICIPAL PORTFOLIO (SNDPX) | D | Dividend | N | T | | | | | |
| 278. ACTIVISION BLIZZARD INC (ATVI) (X) | | None | J | T | | | | | |
| 279. ALPHABET INC (GOOGL) | | None | J | T | Buy (add'l) | 06/19/20 | J | | |
| 280. AMAZON.COM INC (AMZN) | | None | J | T | Buy | 05/28/20 | J | | |
| 281. AMDOCS LIMITED (DOX) | A | Dividend | J | T | | | | | |
| 282. AMEREN CORP (AEE) (X) | A | Dividend | J | T | | | | | |
| 283. AMERICAN ELECTRIC POWER CO INC (AEP) (X) | A | Dividend | J | T | | | | | |
| 284. ANTHEM INC (ANTM) | A | Dividend | J | T | | | | | |
| 285. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 286. AUTOMATIC DATA PROCESSING INC (ADP) | A | Dividend | J | T | | | | | |
| 287. AUTOZONE INC (AZO) | | None | J | T | Sold (part) | 01/06/20 | J | | |
| 288. | | | | | Buy (add'l) | 06/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 289.  BOOZ ALLEN HAMILTON (BAH) | A | Dividend | J | T | | | | | |
| 290.  BRISTOL MYERS SQUIBB CO (BMY) | A | Dividend | J | T | | | | | |
| 291.  BRITISH AMERICAN TOBACCO (BTI) | A | Dividend | J | T | | | | | |
| 292.  C H ROBINSON WORLDWIDE INC (CHRW) | A | Dividend | J | T | | | | | |
| 293.  CDW CORPORATION (CDW) | A | Dividend | J | T | | | | | |
| 294.  CHECK POINT SOFTWARE (CHKP) | | None | J | T | | | | | |
| 295.  CITRIX SYSTEMS INC (CTXS) | A | Dividend | J | T | | | | | |
| 296.  CME GROUP INC (CME) | A | Dividend | J | T | | | | | |
| 297.  COCA COLA COMPANY (KO) (X) | A | Dividend | J | T | | | | | |
| 298.  COMCAST CORP (CMCSA) | A | Dividend | J | T | | | | | |
| 299.  DAVITA INC (DVA) (X) | | None | J | T | | | | | |
| 300.  DECKERS OUTDOOR CORPORATION (DECK) | | None | J | T | | | | | |
| 301.  DOLLAR GENERAL CORPORATION (DG) | A | Dividend | J | T | | | | | |
| 302.  ELECTRONIC ARTS INC (EA) (X) | A | Dividend | J | T | | | | | |
| 303.  ELI LILLY & CO (LLY) | A | Dividend | J | T | | | | | |
| 304.  EVEREST RE GROUP LTD (RE) | A | Dividend | J | T | | | | | |
| 305.  FACEBOOK INC (FB) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 306. FIDELITY NATIONAL INFORMATION (FIS) | A | Dividend | J | T | | | | | |
| 307. GENPACT LIMITED (G) | A | Dividend | J | T | | | | | |
| 308. GLOBAL PAYMENTS INC (GPN) | | None | | | Sold | 01/06/20 | J | | |
| 309. HOME DEPOT INC (HD) | A | Dividend | J | T | | | | | |
| 310. JOHNSON & JOHNSON (JNJ) (X) | A | Dividend | J | T | | | | | |
| 311. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 312. LOCKHEED MARTIN CORP (LMT) | A | Dividend | J | T | | | | | |
| 313. L3HARRIS TECHNOLOGIES INC (LHX) | A | Dividend | J | T | | | | | |
| 314. MASCO CORP (MAS) | A | Dividend | J | T | | | | | |
| 315. MASTERCARD INCORPORATED (MA) | A | Dividend | J | T | | | | | |
| 316. MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 317. MERCK & CO INC (MRK) | A | Dividend | J | T | | | | | |
| 318. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 319. MOTOROLA SOLUTIONS INC (MSI) | A | Dividend | J | T | | | | | |
| 320. NEXTERA ENERGY INC (NEE) | A | Dividend | J | T | | | | | |
| 321. NICE LTD (NICE) | | None | J | T | | | | | |
| 322. NUANCE COMMUNICATIONS INC (NUAN) (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 323.  ORACLE CORPORATION (ORCL) | A | Dividend | J | T | | | | | |
| 324.  PAYCHEX INC (PAYX) | A | Dividend | J | T | | | | | |
| 325.  PEPSICO INC (PEP) (X) | | None | J | T | | | | | |
| 326.  PHILIP MORRIS INTERNATIONAL (PM) | A | Dividend | J | T | | | | | |
| 327.  PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 328.  PROGRESSIVE CORP-OHIO (PGR) | A | Dividend | J | T | | | | | |
| 329.  RELX PLC (RELX) | A | Dividend | J | T | | | | | |
| 330.  RENAISSANCERE HOLDINGS LTD (RNR) | A | Dividend | J | T | | | | | |
| 331.  ROCHE HOLDING LTD (RHHBY) (X) | | None | J | T | | | | | |
| 332.  S&P GLOBAL INC (SPGI) (X) | A | Dividend | J | T | | | | | |
| 333.  TAIWAN SEMICONDUCTOR MFG CO (TSM) (X) | | None | J | T | | | | | |
| 334.  TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | | | | | |
| 335.  UNITEDHEALTH GROUP INC (UNH) | A | Dividend | J | T | | | | | |
| 336.  VERISK ANALYTICS INC (VRSK) (X) | A | Dividend | J | T | | | | | |
| 337.  VERIZON COMMUNICATIONS (VZ) (X) | A | Dividend | J | T | | | | | |
| 338.  VISA INC (V) | A | Dividend | J | T | | | | | |
| 339.  WALMART STORES INC (WMT) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. Account #8 (H) | | | | | | | | | |
| 341. ABBOTT LABORATORIES (ABT) | A | Dividend | | | Buy | 07/20/20 | J | | |
| 342. | | | | | Sold | 11/09/20 | J | | |
| 343. ASTRAZENECA PLC (AZN) | A | Dividend | | | Buy | 07/21/20 | J | | |
| 344. | | | | | Sold | 09/03/20 | J | | |
| 345. DIAMONDPEAK HOLDINGS CORP CLASS A (DPHC) | | None | | | Buy | 08/04/20 | J | | |
| 346. | | | | | Sold | 09/23/20 | J | | |
| 347. ENPHASE ENERGY INC (ENPH) (X) | | None | J | T | | | | | |
| 348. GRAND CANYON EDUCATION INC (LOPE) (X) | | None | J | T | | | | | |
| 349. OCUGEN INC (OCGN) | | None | | | Buy | 11/19/20 | J | | |
| 350. | | | | | Sold | 12/22/20 | J | | |
| 351. UNITED AIRLINES HOLDINGS INC (UAL) (X) | | None | J | T | | | | | |
| 352. Account #9 (H) | | | | | | | | | |
| 353. FIDELITY NH CONSERVATIVE INDEX | | None | K | T | Sold (part) | 01/06/20 | J | | |
| 354. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 355. | | | | | Sold (part) | 06/19/20 | K | | |
| 356. | | | | | Sold (part) | 12/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. | | | | | Buy (add'l) | 12/21/20 | K | | |
| 358. FIDELITY NH COLLEGE PORTFOLIO (X) | | None | | | Sold (part) | 01/06/20 | J | | |
| 359. | | | | | Sold (part) | 06/19/20 | J | | |
| 360. | | | | | Sold | 12/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lanzillo, Richard A.** | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 199: Following a reportable sale, this asset was reacquired in a reportable amount via a series of unreportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard A. Lanzillo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544